IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY SAUL ROSALES,

    Petitioner,           No. CIV S-03-0230 GEB KJM P

  vs.

MICHAEL KNOWLES, Warden, et al.,

    Respondents.       ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed his second amended application for a writ of habeas corpus under 28 U.S.C. § 2254.

       Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Respondents are directed to file an answer within sixty days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

/////

/////

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: April 29, 2005.

                                  UNITED STATES MAGISTRATE JUDGE

2
rosa0230.100kjm