IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY SAUL ROSALES,

    Petitioner,               No. CIV S-03-0230 GEB KJM P

    vs.

DIANE BUTLER, Warden, et al.,

    Respondents.            <u>ORDER</u>

                              /

On July 1, 2005, respondent filed an answer to the petition for a writ of habeas corpus with exhibits A through E, each with several subparts.

Local Rule 5-133(f) provides in part:

> A person who electronically files attachments or exhibits that total in excess of 50 pages must also provide a paper courtesy copy to chambers by delivering it to the Clerk.

On July 5, 2005, this court received the courtesy copies of exhibits A and C to respondent's answer, but did not receive courtesy copies of exhibits B, D, or E. Morever the courtesy copies of exhibits A and C are incomplete. For example, in exhibit A, Bates-stamped pages 76-95 of part 4 are missing, as is all of part 5 (Bates stamped pages 96-120), and Bates-stamped pages 121-129 of part 6. Moreover, in exhibit C, part 33, the courtesy copy includes Bates-stamped page numbers 177-200, which are not part of the electronically filed document.

1 These examples are not exhaustive, but merely illustrative of the problems with the courtesy
2 copies.
3      Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this
4 order, respondent shall provide a complete courtesy copy of all the exhibits electronically filed,
5 even those which do not of themselves exceed fifty pages.   Should respondent's counsel wish,
6 the courtesy copies previously provided will be returned to her if she arranges for their retrieval.
7 DATED:  July 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
rosa0230.cc