1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY SAUL ROSALES,

11            Petitioner,                 No. CIV S-03-0230 JAM KJM P

12        vs.

13   MICHAEL ROSALES, et al.,

14            Respondents.                ORDER

15   _____/

16            In light of the en banc decision in Hayward v. Marshall, ___ F.3d ___, 2010 WL

17   1664977 (9th Cir. 2010), the stay entered on October 22, 2008 is hereby lifted and the Clerk of

18   the Court is directed to reopen the case.

19            Should the parties wish to file briefing about the impact of the Hayward decision,

20   they may file simultaneous letter briefs of no more than five pages within fourteen days of the

21   date of this order.

22            IT IS SO ORDERED.

23   DATED:   May 21, 2010

24                                        /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
25

26

1